Daniel K. Brough (10283)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, UT 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
Email: dbrough@btjd.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PACKAGERUNNER LOGISTICS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MLS COURIER, LLC, a Colorado limited liability company,<br><br>Defendant. | **JUDGMENT**<br><br>Case No. 2:20-cv-00054-DAK<br><br>Judge Dale A. Kimball |

In this action, Defendant MLS Courier, LLC ("MLS"), having been regularly and personally served with process and having failed to timely appear and answer Plaintiff PackageRunner Logistics, LLC's ("PackageRunner") complaint filed in the above-captioned case (the "Complaint"), the time allowed by law for answering having expired, and the default of MLS having been duly entered according to law, now, upon application of PackageRunner to this Court, Judgment is hereby entered against MLS as follows:

WHEREFORE, by virtue of the law, and for the reasons stated above, it is hereby ordered, adjudged, and decreed that PackageRunner is hereby awarded Judgment against MLS as follows:

1. For the principal amount of $80,555.48 (the "Amount");

2. For pre-judgment interest on the Amount consistent with Utah Code Ann. § 15-1-1 at the statutory rate of 10% per annum beginning December 27, 2019, through the date of entry of this judgment; and

3. For PackageRunner's costs, through June 5, 2020, in the amount of $475.00 pursuant to Federal Rule of Civil Procedure 55(d)(1).

The amounts set forth in items (1) through (3), above, are referred to as the "Principal Judgment Amount."

Interest on the Principal Judgment Amount shall accrue at the rate of 0.16% per annum. This judgment may be augmented as additional costs or other recoverable amounts are incurred.

DATED this 24th day of June, 2020.

BY THE COURT:

*signature*

United States District Court
District of Utah

2